**Mark W. Swimelar**
STANDING CHAPTER 12 & 13 TRUSTEE
250 South Clinton Street
2nd Floor
SYRACUSE, NEW YORK 13202

TELEPHONE: (315)471.1499
FAX: (315)471.4811

LYNN HARPER WILSON
STAFF ATTORNEY

June 20, 2011

Clerk - Bankruptcy Court
100 South Clinton St. Rm 315
PO Box 7008
Syracuse, NY 13261

RE:    06-33097 Pfohl

Dear Clerk:

Enclosed please find check #830807 in the amount of $297.12. Pursuant to the order of confirmation, we have been collecting funds from the debtor in this case and have attempted to return funds. The debtor has failed to cash checks. All attempts to contact and forward checks have been unsuccessful. The debtor name and address as listed on the petition is as follows:

Claim No. 999

| Acct# | Name | Karen Pfohl |
|---|---|---|
| | Address | 4205 Trotwood Lane |
| | Address | Clay, NY 13041 |

Please deposit this check in the Unclaimed Funds Account for the above named debtor. If you have any questions, please advise.

Very truly yours,

Kristie M. Moore
Account Clerk

Enc.

RECEIVED JUN 21 2011 OFFICE OF THE BANKRUPTCY CLERK SYRACUSE, NY

```
              UNITED STATES
              BANKRUPTCY COURT
            NORTHERN DISTRICT OF NEW YORK
                SYRACUSE DIVISION

              # 51100329 - DE
              * * C O P Y * *
               June 21, 2011
                 11:59:58


                  TREA REG
                  06-33097
      Debtor.: KAREN M. PFOHL
      Judge..: MARGARET CANGILOS-RUIZ
      Trustee: Mark Swimelar
      Amount.:                $297.12 CH
      Check#.: 830807



              Total->   $297.12



      FROM: MARK W. SWIMELA
            250 SOUTH CLINTON ST., 2ND. FL
            SYRACUSE, NY 13202
```